affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 9, TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, Respondent, v. LILLIE S. BEDELL and Others, Defendants. RACHEL ISRAEL, Appellant.— Order of the County Court of Nassau county confirming report of commissioners and order denying motion to amend order appointing commissioners unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

CHARLES V. BOB and LOUIS P. JUBIEN, Copartners, Doing Business under the Firm Name and Style of CHARLES V. BOB & Co., Appellants, v. WILLIAM T. P. HOLLINGSWORTH and Others, Respondents.— Order dismissing complaint upon the ground that it does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

MORRIS COHN, Plaintiff, v. AMBOY HOMES CORPORATION and STANDARD ACCIDENT INSURANCE COMPANY, Appellants, and DRY DOCK BUILDING AND LUMBER CORPORATION and Another, Defendants. DONIN PLUMBING CONTRACTING CO., INC., Plaintiff, v. AMBOY HOMES CORPORATION, Appellant, Impleaded with SAM PERSKY, Respondent, and ELMHURST LUMBER & TRIM Co., INC., and Others, Defendants.— Judgment, in so far as appealed from, modified by reducing the recovery as against defendant Standard Accident Insurance Company by the sum of $348, with interest from the 16th day of July, 1925, and as so modified unanimously affirmed, with costs as against defendant Amboy Homes Corporation. The respondent is not entitled to a lien for the value of the materials left upon the premises intended for use in other buildings. He is, however, entitled to a personal judgment including that amount against the owner. (*Cummings* v. *Broadway-94th Street Realty Co.*, 233 N. Y. 407.) Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JOSEPH A. GRAFF, Respondent, v. BERNWITT CORPORATION, Defendant, Impleaded with THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Order granting plaintiff's motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

GEORGIA GROSS, Respondent, v. MCCRORY STORES CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

GEORGIA GROSS, Respondent, v. MCCRORY STORES CORPORATION, Appellant.— Order denying motion for a new trial upon the ground of newly-discovered evidence and of fraud unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

ANNA B. HOTALING, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

In the Matter of the Petition of JOSEPH S. ALBERTI and CHARLES L. ALBERTI to Render and Settle Their Account as Executors, etc., of ELLEN ALBERTI,